DATE:1-30-15

LEON HARRISON #815719
POLUNSKY UNIT
3872 FM 350 So.
LIVINGSTON, TX 77351

CHRISTOPHER A. PINE,CLERK
14TH COURT OF APPEALS
301 FANNIN St., Rm:245
HOUSTON,TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
FEB 05 2015
CHRISTOPHER A. PRINE
CLERK
MAILED
2/3/15

RE: LEON HARRISON V. STATE, No.14-13-00239-CR; TC:No.635921; COURT #
    230TH DISTRICT COURT HARRIS COUNTY, TEXAS.


Dear Mr.Pine:


   I would like the status of my motion dated:11/17/14 for "Appellant's
Request Court En Banc To Reconsider Court's Denial Of Appellant's Motion
under Rule 60(b)(5).

   At  this time I have not received a white card on the out come of this
motion or it's filing date. Please send me a docket text of the filing
in this action.

   Thank you for your time.




Sincerely,

_____
Appellant-pro se




CC: FILE




i.